IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUONG THI NGUYEN, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-CV-1565-FB |
| KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, U.S. Attorney General; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MIGUEL VERGARA, San Antonio Field Office Director; and JOSE RODRIGUEZ, JR., Warden of the South Texas Family Detention Center, | § § § § § § § § § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Huong Thi Nguyen, who is currently in detention in the South Texas Family Residential Center in Dilley, Texas, located in the Western District of Texas. (Docket no. 1).

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (docket no. 1), Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 2), and this Order by CM/ECF and by certified mail, return receipt requested, which shall constitute sufficient service of process on all the following Respondents, unless otherwise contested: Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; and Miguel Vergara, Field Office Director for the ICE Enforcement and Removal Operations (ERO) San Antonio Field Office. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Warden Jose Rodriguez, Jr., South Texas Family Residential Center, 300 El Rancho Way, Dilley, Texas 78017, with copies of the Petition for Writ of Habeas Corpus (docket no. 1), Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 2), and this Order.  Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested.

IT IS FURTHER ORDERED that **Respondents shall file a response to the Petition within 3 days of the date of service.**  See 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243.  *See id.* (noting return (*i.e.*, response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than 7 days** after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **Respondents shall file a response to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction on or before Monday, December 8, 2025.**  Petitioner shall file **any reply within 7 days of the date of service of the response**.

IT IS FURTHER ORDERED that any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court.  Respondents shall not transfer Petitioner Huong Thi Nguyen outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer

It is so ORDERED.

SIGNED this 1st day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE